**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                               Case No. 08-mj-101-02-JM

Salvador Williams

**ORDER OF DETENTION PENDING TRIAL**

In accordance with Section 3142(f) of the Bail Reform Act,
18 U.S.C. §§ 3141 et seq., a hearing was conducted on November
18, 2008, for the purpose of determining whether to detain
defendant, Salvador Williams, who has been charged in a criminal
complaint with conspiracy to commit access device fraud.

Under 18 U.S.C. § 3142(b), a court, in making a
determination regarding detention, must evaluate the risk of the
defendant's flight, the risk to the safety of any other person,
and the risk to the safety of the community.  In circumstances
when detention is not mandated by the court, the court is
nonetheless empowered to impose conditions on release.  18 U.S.C.
§ 3142(c).

Pursuant to the provisions of 18 U.S.C. § 3142(g) a court,
in assessing the risks noted in 18 U.S.C. § 3142(b), shall
consider the following: (1) the nature and circumstances of the

offense charged; (2) the weight of the evidence as to guilt;
(3) the history and characteristics of the accused, including
family ties, past history, financial resources and employment;
and (4) the nature and seriousness of the danger to any person or
the community that would be posed by a release.

During the course of a hearing conducted pursuant to 18
U.S.C. § 3142, the government typically retains the burden of
persuading the court that "'no condition or combination of
conditions will reasonably assure' the defendant's presence at
trial." United States v. Perez-Franco, 839 F.2d 867, 870 (1st
Cir. 1988)(quoting United States v. Palmer-Contreras, 835 F.2d
15, 17-18 (1st Cir. 1987)); United States v. Patriarca, 948 F.2d
789, 793 (1st Cir. 1991).  For its part, the government is
required to offer a preponderance of the evidence to prove risk
of flight.  See Patriarca, 948 F.2d at 792-93.  Facts necessary
to find that no combination will reasonably assure the safety of
any person and the community require satisfaction of the "clear
and convincing" standard.  18 U.S.C. § 3142(f)(2).

In the case at hand, I found probable cause to believe that
the offenses charged have been committed and that the defendant
has committed them.

Here, I find that the government has met its burden with regard to flight risk and danger to the community.  Specifically, the crime involves "stealing" the credit card authorizations of legitimate card holders, encoding it on a phony credit card and cheating merchants.  The weight of the evidence is overwhelming as he was caught with 17 cards on his person and the encoder in his car.  He was part of a credit card ring.  He has no ties here and precarious ones in New York.  He is on New York probation and has several pending violations, including one for leaving the country.

Upon full consideration of the arguments offered by the government and defense, I am satisfied that the defendant poses a risk of flight and a financial danger to the community.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On

order of a court of the United States or on request of an

attorney for the Government, the person in charge of the

corrections facility shall deliver the defendant to the United

States Marshal for the purpose of an appearance in connection

with a court proceeding.

       **SO ORDERED.**


                              _____
                              James R. Muirhead
                              United States Magistrate Judge


Date: November 18, 2008

cc:    Arnold H. Huftalen, Esq.
       Joseph Caulfield, Esq.
       U.S. Marshal
       U.S. Probation