UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                        Case No. 09-cr-39-01-SM

Salvador Williams

O R D E R

Defendant's assented-to motion to continue the trial for a period of 60 days (document no. 42) is granted. Trial has been rescheduled for the July trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than May 22, 2009. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:    July 15, 2009 at 4:30 PM

Jury Selection:               July 21, 2009 at 9:30 AM

SO ORDERED.

May 11, 2009

_____
Steven J. McAuliffe
Chief Judge

cc: Counsel of Record
    U. S. Probation
    U. S. Marshal