UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of Amercia</u>

    v.                    Criminal No. 09-cr-39-01-SM

<u>Salvador Williams</u>


                      <u>ORDER</u>

    Re: Document No. 47

    Ruling: Denied without prejudice to renewing after sufficient time has been invested to adequately determine whether, in fact, an irremediable breakdown in the relationship has occurred. The allegations in this motion disclose only defendant's dissatisfaction with a nature of the advice given or representation provided – but the applicable test for substituting appointed counsel is not merely defendant's preference, but rather a genuine need. Attorney Glidden is both competent and experienced, nothing in this pleading suggests in effective assistance. So ordered.


                                          _____
                                          Steven J. McAuliffe
                                          Chief Judge

Date: June 25, 2009

cc: Counsel of Record
    Salvador Williams